# EXHIBIT "C"

## ALLONGE

This Allonge is affixed to, and is hereby made a part of, that certain Note, dated August 1, 2019, in the original principal amount of $427,000.00 ("Note"), made by 138 NOBILITY LLC, a New Jersey limited liability company, for the benefit of 703 FUNDING A LLC, a New York limited liability company ("Assignor"), and evidences the endorsement of the Note by Assignor as provided in that certain Master Loan Sale Agreement, dated July 15, 2019, by and between Assignor and the endorsee hereon ("Agreement"), to wit:

The Note is hereby made PAYABLE TO THE ORDER OF PS FUNDING, INC., a Delaware corporation, at 2121 Park Place, Suite #250, El Segundo, CA 90245, without recourse subject to the Agreement.

Dated: August 15, 2019

ASSIGNOR:

703 FUNDING A LLC,
a New York limited liability company

By: _____
Name: Josh Weintraub
Title: Member

PS ID # ███7436
Property Address: 138 Nobility Ct, Toms River, NJ 08755