# EXHIBIT "D"

ALLONGE

This Allonge is affixed to, and is hereby made a part of, that certain Note, dated August 1, 2019, in the original principal amount of $427,000.00 ("Note"), made by 138 NOBILITY LLC, a New Jersey limited liability company, for the benefit of 703 FUNDING A LLC, a New York limited liability company, and evidences the endorsement of the Note by PS FUNDING, INC., a Delaware corporation ("Assignor") as provided in the Master Loan Sale Agreement by and between Assignor and the endorsee hereon, to wit:

The Note is hereby made PAYABLE TO THE ORDER OF LH-NP-STRAT DELAWARE OWNER TRUST, a Delaware statutory trust, without recourse.

Dated: July 30, 2020

ASSIGNOR:

PS FUNDING, INC.,
a Delaware corporation

By: _____

Name: Daniel Graham
Title: Vice President

PS ID # _____ 7436
Property Address: 138 Nobility Ct, Toms River, NJ 08755