# EXHIBIT "F"



# Ocean County
## Document Summary Sheet

| | |
|---|---|
| OCEAN COUNTY CLERK | INSTR # 2019105429 |
| PO BOX 2191 | OR BK 17650 PG 83 |
| COURTHOUSE | RECORDED 10/21/2019 09:54:09 AM |
| TOMS RIVER NJ 08754 | SCOTT M. COLABELLA, COUNTY CLERK |
| | OCEAN COUNTY, NEW JERSEY |
| | RECORDING FEES 60.00 |
| | **Official Use Only** |

| Transaction Identification Number | 4045345 | 3667204 |
|---|---|---|

| | | |
|---|---|---|
| **Submission Date**(mm/dd/yyyy) | 10/18/2019 | **Return Address** *(for recorded documents)* |
| **No. of Pages** *(excluding Summary Sheet)* | 3 | PEER STREET, INC. |
| **Recording Fee** *(excluding transfer tax)* | $60.00 | 2121 PARK PLACE SUITE 250 |
| | | EL SEGUNDO, CA 90245 |
| **Realty Transfer Tax** | $0.00 | |
| **Total Amount** | $60.00 | |
| **Document Type** | ASSIGNMENT/MORTGAGE | |

**Municipal Codes**

| TOMS RIVER TOWNSHIP | 8 |
|---|---|

**Batch Type**    L2 - LEVEL 2 (WITH IMAGES)

558179

**Additional Information (Official Use Only)**

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF OCEAN COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

# Ocean County
## Document Summary Sheet

| | | | | | |
|---|---|---|---|---|---|
| **ASSIGNMENT/MORTGAGE** | Type | ASSIGNMENT/MORTGAGE | | | |
| | Consideration | | | | |
| | Submitted By | PEER STREET, INC. (CSC/INGEO SYSTEMS INC) | | | |
| | Document Date | 08/15/2019 | | | |
| | **Reference Info** | | | | |
| | Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
| | OR | 17571 | 654 | 2019079083 | |
| | MORTGAGOR | Name | | Address | |
| | | 703 FUNDING A LLC | | | |
| | | 138 NOBILITY LLC | | | |
| | ASSIGNEE AND BORROWE | Name | | Address | |
| | | PS FUNDING INC | | | |
| | **Parcel Info** | | | | |
| | Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| | | | | | | |

*DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF OCEAN COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

5637522_10M18D(14H32M28S281)/4045345 3667204                                                            Page 2 of 2

CFN 2019105429 O DOC_TYPE ASSN MTG BK 17650 PG 84 PAGE 2 OF 5

RECORDING REQUESTED BY & PREPARED BY:

PS Funding, Inc.

WHEN RECORDED RETURN TO:

PS Funding, Inc.
2121 Park Place, Suite 250
El Segundo, CA 90245
Attn: Closing Department

Lot: 1.13 Block 124
Property Address: 138 Nobility Ct, Toms River, NJ 08755

## ASSIGNMENT OF MORTGAGE

This ASSIGNMENT OF MORTGAGE ("Assignment") is made by 703 FUNDING A LLC, a New York limited liability company, whose address is 209 2nd St, Lakewood, NJ 08701 ("Assignor"), to PS FUNDING, INC., a Delaware corporation, whose address is 2121 Park Place, Suite 250, El Segundo, CA 90245 ("Assignee").

FOR VALUE RECEIVED, Assignor hereby sells, grants, assigns, and transfers to Assignee any and all of its right, title and interest in and to that certain Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing, dated August 1, 2019, in the original principal amount of $427,000.00, made by 138 NOBILITY LLC, a New Jersey limited liability company, for the benefit of Assignor ("Security Instrument"), and recorded on __8-14-2019__, in the Official Records of Ocean County, NJ, as __20190 79083; BK 17571, Pg 654__, and as a lien on that certain real property described on Exhibit A, attached hereto and made a part hereof.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under the foregoing Security Instrument.

[*Signature Page Follows*]

PS ID # ▮▮▮7436
Property Address: 138 Nobility Ct, Toms River, NJ 08755

# EXHIBIT A TO
# ASSIGNMENT OF MORTGAGE
# LEGAL DESCRIPTION OF PROPERTY

All that certain lot, piece or parcel of land, with the buildings and improvemets thereon erected, situate, lying and being in the Township of Toms River, in the county of Ocean, state of New Jersey:

BEGINNING at a point in the Southerly line of Nobility Court, (50.00 feet wide) distant 768 .83 feet from the intersection of said Southerly line of Nobility Court and the Southerly line of Schley Avenue (45.00 feet wide) also being the division line between Lots 1.12 and 1.13, Block 124 as shown on plan hereafter mentioned extending: THENCE

(1) South 11 Degrees 48 Minutes 00 Seconds West, a distance of 159.81 feet to a point. THENCE

(2) South 73 Degrees 31 Minutes 01 Seconds West, a distance of 74.53 feet to a point in the Northeasterly line of Arthur Street (50.00 feet wide). THENCE

(3) North 16 Degrees 29 Minutes 01Seconds West, a distance of 176.86 feet to a point in the division line between lots 1.13 and 1.14 Block 124 of said map. THENCE

(4) North 71 Degrees 29 Minutes 00 Seconds East, a distance of 125.11 feet, to a point in the aforementioned Southerly line of Nobility Court. THENCE

(5) Northeasterly along a curve curving to the right with a radius of 48.00 feet and an arch length of 50.00 feet to the point and place of BEGINNING.

Being known as Lot 1. 13 Block 124 as shown on map entitled Final Plat Preliminary and Final Subdivision, Hundred Oaks, Filed 8-9-2001as Map No. J3091

FOR INFORMATION PURPOSES ONLY: BEING known as Tax Lot 1.13 in Tax Block 124 on the Official Tax Map of the Township of Toms River, Ocean County, State ofNew Jersey.

FOR INFORMATION PURPOSES ONLY: The mailing address is: 138 Nobility Court, Toms River, NJ 08755.

PS ID #▮▮▮▮7436
Property Address: 138 Nobility Ct, Toms River, NJ 08755

CFN 2019105429 O DOC_TYPE ASSN MTG BK 17650 PG 86 PAGE 4 OF 5

IN WITNESS WHEREOF, this Assignment is made to be effective as of the date written below.

Dated: August 15, 2019

ASSIGNOR:

703 FUNDING A LLC,
a New York limited liability company

By: _____
Name: Josh Weinfeld
Title: member

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF NJ )
) ss
COUNTY OF Monmouth )

On 8/15/19, before me, Jehuda Weisz, a Notary Public, personally appeared Josh Weinfeld - member
(Insert name and title exactly as they appear on signature page)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of NJ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public                                                                                    (Seal)

```
JEHUDA WEISZ
Commission # 50070421
Notary Public, State of New Jersey
My Commission Expires
October 23, 2022
```

PS ID # ▮▮▮▮7436
Property Address: 138 Nobility Ct, Toms River, NJ 08755

CFN 2019105429 O DOC_TYPE ASSN MTG BK 17650 PG 87 PAGE 5 OF 5