# EXHIBIT "G"

RECORDING REQUESTED & PREPARED BY:

PS Funding, Inc.
Anthony Depatie, Esq.
2121 Park Place, Suite 250
El Segundo, CA 90245

WHEN RECORDED RETURN TO:

PS Funding, Inc.
2121 Park Place, Suite 250
El Segundo, CA 90245
Attn: Closing

Lot 1.13, Block 124
Property Address: 138 Nobility Ct, Toms River, NJ 08755

## ASSIGNMENT OF MORTGAGE (AND OTHER LOAN DOCUMENTS)

This ASSIGNMENT OF MORTGAGE (AND OTHER LOAN DOCUMENTS) ("Assignment") is made effective as of July 30, 2020, by PS FUNDING, INC., a Delaware corporation ("Assignor"), whose address is 2121 Park Place, Suite 250, El Segundo, CA 90245, to U.S. BANK TRUST NATIONAL ASSOCIATION, not in its individual capacity but solely as owner trustee for LH-NP-STRAT DELAWARE OWNER TRUST, a Delaware statutory trust ("Assignee"), whose address is 280 Park Ave, 3rd Floor, New York, NY 10017.

FOR VALUE RECEIVED, Assignor hereby sells, grants, assigns, and transfers to Assignee any and all of its right, title and interest in and to that certain Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing, dated August 1, 2019, in the original principal amount of $427,000.00, made by 138 NOBILITY LLC, a New Jersey limited liability company, for the benefit of 703 FUNDING A LLC, a New York limited liability company, and recorded on August 14, 2019, in the Official Records of Ocean County, NJ, as Instrument Number 2019079083, Book 17571, Page 654, as affected by that certain Assignment of Mortgage, dated August 15, 2019, made by 703 FUNDING A LLC, a New York limited liability company, for the benefit of Assignor, and recorded on October 21, 2019, in the Official Records of Ocean County, NJ, as Instrument Number 2019105429, Book 17650, Page 83 (collectively, "Security Instrument"), and as a lien on that certain real property described on Exhibit A, attached hereto and made a part hereof.

FURTHER, Assignor hereby grants, assigns, and transfers to Assignee any and all of its right, title and interest in and to any and all loan documents related to the Security Instrument, including, without limitation, any notes, allonges, loan agreements, guarantees, and title policies.

[SIGNATURE PAGE FOLLOWS]

PS ID # ███7436
Property Address: 138 Nobility Ct, Toms River, NJ 08755

EXHIBIT A TO
ASSIGNMENT OF MORTGAGE (AND OTHER LOAN DOCUMENTS)
LEGAL DESCRIPTION OF PROPERTY

All that certain lot, piece or parcel of land, with the buildings and improvemets thereon erected, situate, lying and being in the Township of Toms River, in the county of Ocean, state of New Jersey:

BEGINNING at a point in the Southerly line of Nobility Court, (50.00 feet wide) distant 768 .83 feet from the intersection of said Southerly line of Nobility Court and the Southerly line of Schley Avenue (45.00 feet wide) also being the division line between Lots 1.12 and 1.13, Block 124 as shown on plan hereafter mentioned extending: THENCE

(1) South 11 Degrees 48 Minutes 00 Seconds West, a distance of 159.81 feet to a point. THENCE

(2) South 73 Degrees 31 Minutes 01 Seconds West, a distance of 74.53 feet to a point in the Northeasterly line of Arthur Street (50.00 feet wide). THENCE

(3) North 16 Degrees 29 Minutes 01Seconds West, a distance of 176.86 feet to a point in the division line between lots 1.13 and 1.14 Block 124 of said map. THENCE

(4) North 71 Degrees 29 Minutes 00 Seconds East, a distance of 125.11 feet, to a point in the aforementioned Southerly line of Nobility Court. THENCE

(5) Northeasterly along a curve curving to the right with a radius of 48.00 feet and an arch length of 50.00 feet to the point and place of BEGINNING.

Being known as Lot 1. 13 Block 124 as shown on map entitled Final Plat Preliminary and Final Subdivision, Hundred Oaks, Filed 8-9-2001as Map No. J3091

FOR INFORMATION PURPOSES ONLY: BEING known as Tax Lot 1.13 in Tax Block 124 on the Official Tax Map of the Township of Toms River, Ocean County, State ofNew Jersey.

FOR INFORMATION PURPOSES ONLY: The mailing address is: 138 Nobility Court, Toms River, NJ 08755.

PS ID #▮▮▮▮7436
Property Address: 138 Nobility Ct, Toms River, NJ 08755

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under the foregoing Security Instrument.

IN WITNESS WHEREOF, this Assignment is made to be effective as of the date first above written.

ASSIGNOR:

PS FUNDING, INC.,
a Delaware corporation

By: _____
Name: Daniel Graham
Title: Vice President

PS ID # ▓▓▓7436
Property Address: 138 Nobility Ct, Toms River, NJ 08755

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

On __JUL 3 1 2020__, before me, __Madeline Kay__, a Notary Public, personally appeared __Daniel Grvaham__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

MADELINE KAY
Notary Public - California
Los Angeles County
Commission # 2276671
My Comm. Expires Feb 4, 2023

(Seal)

_____
Notary Public

PS ID #▮▮▮▮37436
Property Address: 138 Nobility Ct, Toms River, NJ 08755