# EXHIBIT "I"

# SEARCH REPORT

File No.: **P614908**

1. Effective Date: June 10, 2022

   Termination Date: 180 days after effective date

2. Fee interest in the land described in this search is owned, at the Effective Date, by:

   138 Nobility LLC by Deed from Rivka Braun, dated August 1, 2019, recorded August 14, 2019 in Book 17571, Page 647.

3. The land referred to in this Search is described as follows:

   **For information only:** Being known as Lot 1.13 in Block 124, on the official tax map of Toms River Township, County of Ocean, in the State of NJ.

   **The mailing address is:** 138 Nobility Court, Toms River, NJ  08755

# REQUIREMENTS

File No.: **P614908**

The following requirements must be met:

1. New Jersey Superior Court, United States District Court, and United States Bankruptcy Court searches: See Attached.

2. MORTGAGE: 138 Nobility LLC to 703 Funding A LLC, dated August 1, 2019, recorded August 14, 2019, in Mortgage Book 17571, Page 654, given to secure the sum of $427,000.00. Covers the premises in question.

   ASSIGNMENT OF MORTGAGE by various assignments to U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for LH-NP-STRAT Delaware Owner Trust, recorded August 3, 2020, in Assignment Book 17991, Page 853.

3. NOTICE OF LIS PENDENS: filed September 29, 2020, Superior Court of New Jersey, Chancery Division, Ocean County, Docket No. F-008242-20, U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee of LH-NP-STRAT Delaware Owner Trust vs. 138, Nobility, LLC et al, object to foreclose mortgage recorded in Mortgage Book 17571, Page 654, Instrument Number 2019079083.

4. TAX SALE CERTIFICATE: Certificate No. 20-00018, Sold to Christiana T C/F CE1/FIRSTR BK on October 21, 2020, recorded December 24, 2020 in Book 18225, Page 648, in the original amount of $2,889.68.

5. With reference to 138 Nobility LLC the following is to be submitted:

   A) Proof is required that the Certificate of Formation for the L.L.C., together with all amendments thereto, have been filed with the New Jersey Secretary of State in accordance with N.J.S.A. 42:2B-1, et seq.
   B) A copy of the operating agreement of the L.L.C. and any amendments thereto must be provided for review by this Company. This Company reserves the right to raise additional requirements and/or exceptions upon review.
   C) Proof is required that the operating agreement has not been modified or amended and that there has been no change in the composition of the L.L.C. since its formation.
   D) Proof is required that the L.L.C. continues to be a valid L.L.C. in compliance with N.J.S.A. 42:2B-1, et seq.
   E) Proof is required that the L.L.C. has not classified itself as a corporation for Federal income tax purposes. If it has, then corporate franchise tax reports will be ordered.

6. Results of a Certificate of Good Standing 138 Nobility LLC

# LEGAL DESCRIPTION

File No.: **P614908**

All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in Toms River Township, County of Ocean, State of New Jersey:

Beginning at a point in the Southerly line of Nobility Court, (50.00 feet wide) distant 768.83 feet from the intersection of said Southerly line of Nobility Court and the Southerly line of Schley Avenue (45.00 feet wide) also being in the division line between Lots 1.12 and 1.13, Block 124 as shown on plan hereafter mentioned extending; thence

(1)  South 11 degrees 48 minutes 00 seconds West, a distance of 159.81 feet to a point; thence

(2)  South 73 degrees 31 minutes 01 seconds West, a distance of 74.53 feet to a point in the Northeasterly line of Arthur Street (50.00 feet wide); thence

(3)  North 16 degrees 29 minutes 01 seconds West, a distance of 176.86 feet to a point in the division line between Lot 1.13 and 1.14 Block 124 of said map; thence

(4)   North 71 degrees 29 minutes 00 seconds East, a distance of 125.11 feet to a point in the aforementioned Southerly line of Nobility Court; thence

(5)  Northeasterly along a curve curving to the right with a radius of 48.00 feet and an arc length of 50.00 feet to the point and place of beginning.

Being known as Lot 1.13 Block 124 as shown on map entitled Final Plat Preliminary and Final Subdivision, Hundred Oaks, filed 8-9-2001 as Map No. J3091.

FOR INFORMATION PURPOSE ONLY: Being known as Tax Lot 1.13,  Tax Block 124 on the Official Tax Map of Toms River Township, State of New Jersey. Commonly known as 138 Nobility Court, Toms River, NJ  08755.

|  |  |
|---|---|
| THE STATE CAPITAL TITLE & ABSTRACT CO. | JUDGMENT SEARCH<br>SUPERIOR COURT OF NEW JERSEY<br>US DISTRICT COURT OF NJ |
| HEREBY CERTIFIES TO | US BANKRUPTCY COURT OF NJ |

REF: P614908

NATIONAL INTEGRITY, LLC (RESWARE)
ONE HOLTEC DRIVE, STE 102
MARLTON, NJ 08053

THAT IT HAS SEARCHED THE INDEX OF THE CIVIL JUDGMENT AND ORDER DOCKET OF THE SUPERIOR COURT OF NEW JERSEY AND THE INDICES OF THE UNITED STATES DISTRICT COURT AND UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEW JERSEY, AND FINDS THERE TO BE NO JUDGMENT OR OTHER DOCKETED RECORD REFERRED TO WITHIN THE AFORESAID COURT INDICES, CONSTITUTING A GENERAL LIEN ON REAL PROPERTY IN NEW JERSEY, WHICH REMAINS UNSATISFIED OF RECORD, NOR DOES IT FIND ANY CERCLA LIEN ON SPECIFIC REAL PROPERTY WITHIN NEW JERSEY, NOR ANY PETITION COMMENCING PROCEEDINGS IN A BANKRUPTCY ACTION, AGAINST THE NAMES SEARCHED, ENTERED OR FILED DURING THE PERIOD SEARCHED, EXCEPT AS FOLLOWS:

|  | FROM | TO |
|---|---|---|
| 138 NOBILITY LLC<br>(ENTITY) | 06-24-2002 | 06-24-2022 |

*** CLEAR ***

DATED: 06/24/2022
TIME: 09:28 AM

The State Capital Title & Abstract Co.
P.O. Box 1477
Trenton, NJ 08607
(609) 771-4301

182       6831985      7825798       www.statecapital.net

**Priority Search Services, LLC**
*Personal Service. Dependable Results.*

788 Shrewsbury Avenue, Suite 2131, Tinton Falls, New Jersey 07724
Phone: (732) 741-5080 - Fax: (732) 741-5068

# NATIONAL INTEGRITY TITLE AGENCY

Title #: **P614908**

|  |  |
|---|---|
| BLOCK: | **124** LOT: **1.13** |
| OWNER: | **138 NOBILITY LLC** |
| MAIL: | 54 STEVENS AVE JERSEY CITY, NJ 07305 |
| LOCATION: | **138 NOBILITY COURT** |

TOWNSHIP OF TOMS RIVER, OCEAN COUNTY (732) 341-1000
33 WASHINGTON ST., P.O. BOX 728, TOMS RIVER, NJ 08754-0728
TAX COLLECTOR: (732) 341-1000  TAX ASSESSOR: (732) 341-1000

*2021 TAX RATE: 2.498 (F02); 2022 AVERAGE RATIO: 72.74; CERTIFICATE OF OCCUPANCY FOR SALE OF A 1 OR 2 FAMILY HOME ON NEW CONSTRUCTION AND RENTALS ONLY; ORD# 4579 18 VACANT/ABANDONED PROPERTY REGISTRATION REQUIRED- INITIAL FEE $1000, ESCALATING ANNUAL RENEWAL FEES; SMOKE DETECTOR CERTIFICATE REQUIRED IN ALL MUNICIPALITIES; MUNICIPAL CODE: 1508*
**\*\*AS OF 07/01/2022 RESIDENTIAL DWELLINGS - SELLER MUST OBTAIN A MUNICIPAL CERTIFICATE OF CONTINUED USE(MCCUO) PRIOR TO SALE, RE-SALE OR TRANSFER FROM DIVISION OF CODE ENFORCEMENT\*\*\***

| | | | |
|---|---|---|---|
| APPROX. LOT SIZE: | **.4802AC** | LAND VALUE: | **$238,000** |
| BUILDING DESCRIPTION: | **2F2G 2506** | IMPROVEMENT VALUE: | **$355,300** |
| ASSESSOR'S CODE: | **2-RESIDENTIAL** | TOTAL ASSESSMENT: | **$593,300** *- SEE NOTE 1* |

*NOTE 1 - ASSESSMENT REFLECTS RECENT REVALUATION; ADJUSTMENTS TO BE MADE TO 3RD & 4TH QUARTER TAXES*

| | |
|---|---|
| EXEMPTIONS: | NONE |
| ABATEMENT OF: | NONE |

2021 TAXES: **$5,211.19 OPEN + PENALTY; $5,165.50 PAID**

2022 QTR 1 (1/1-3/31) DUE 2/1: **$2,594.18 OPEN + PENALTY**
QTR 2 (4/1 - 6/30) DUE 5/1: **$2,594.17 OPEN + PENALTY**
QTR 3 (7/1 - 9/30) DUE 8/1: **TAXES REMAIN TO BE DETERMINED**
QTR 4 (10/1 - 12/31) DUE 11/1: **TAXES REMAIN TO BE DETERMINED**

2023 QTR 1 (1/1-3/31) DUE 2/1: **TAXES REMAIN TO BE DETERMINED**
QTR 2 (4/1 - 6/30) DUE 5/1: **TAXES REMAIN TO BE DETERMINED**

MAIL TAX PAYMENTS TO: TOWNSHIP OF TOMS RIVER, TAX COLLECTOR, 33 WASHINGTON ST., P.O. BOX 728, TOMS RIVER, NJ 08754-0728

| | |
|---|---|
| ADDED ASSESSMENT:<br>*BILLED ANNUALLY* | **NO BILL AS OF 06/21/2022; VERIFY WITH OWNER THAT NO TAXABLE IMPROVEMENTS HAVE BEEN MADE SINCE 10/01/2021** |
| LIENS:<br>*CONTACT TAX OFFICE FOR PAY-OFF/PAYMENT INFORMATION* | **NONE** |
| CONFIRMED ORDINANCE: | **NONE** |
| SPECIAL ORDINANCE: | **NONE** |
| WATER ACCOUNT # | **PRIVATE - VEOLIA (FKA) SUEZ WATER @ (800) 575-4433**<br>**FINAL READING & SETTLEMENT AMOUNT DUE REQUIRED** |
| SEWER ACCOUNT # | **43148-0 TO: 12/31/21 $115.58 OPEN + PENALTY**<br>**43148-0 2022: $241.58 OPEN + PENALTY;**<br>**$120.79 OPEN & DUE EACH 07/02 & 10/01/22**<br>**BILLED ANNUALLY; CONTACT: (732) 240-3500** |

*THE CONTENT OF THE ABOVE REPORT IS ACCURATE ACCORDING TO THE TOWN RECORDS DATING 6/21/2022*

Page 1 of 1

# CERTIFICATE OF SALE
## FOR UNPAID MUNICIPAL LIENS

**CERTIFICATE No. 20-00018**

I, Carl M. Dileo, COLLECTOR OF TAXES of the taxing district of the TOWNSHIP of TOMS RIVER in the COUNTY of Ocean and State of New Jersey, do hereby certify that on the 21st day of October, 2020 at a public sale of lands for delinquent municipal liens, pursuant to the Revised Statues of New Jersey, 1937, Title 54, Chapter 5, and the amendments and supplements thereto I sold to CHRISTIANA T C/F CE1/FIRSTR BK whose address is PO BOX 5021, PHILADELPHIA, PA 19111-5021

for Two Thousand Eight Hundred Eighty Nine dollars and Sixty Eight cents, the land in said taxing district described as Block No. 124 Lot No. 1.13, and known as 138 NOBILITY COURT, on the tax duplicate thereof and assessed thereon to 138 NOBILITY LLC.

**THE AMOUNT OF THE SALE WAS MADE UP OF THE FOLLOWING ITEMS:**

|  | AMOUNT | INTEREST | TOTAL |
|---|---|---|---|
| Taxes For: 2019 | 2,493.47 | 290.53 | 2,784.00 |
| Total Sale of Cost | 105.68 |  | 105.68 |
| Total |  |  | 2,889.68 |
| Premium (if any) Paid | 45,700.00 |  |  |

*This is not an official document*

Said sale is subject to redemption on repayment of the amount of sale, together with interest at the rate of 0.00 per centum per annum from the date of sale, and the costs incurred by the purchaser as defined by statute. The sale is subject to municipal charges accruing after December 31, 2019; municipal authority charges accruing after December 31, 2019 and assessment installments not yet due, amounting to 0.00 dollars and interest thereon.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 26th day of October, 2020.

STATE OF NEW JERSEY
COUNTY OF : Ocean

_Carl M. Dileo_, COLLECTOR OF TAXES

BE IT REMEMBERED, that on this 26th day of October 2020 before me a Notary Public of New Jersey, personally appeared Carl M. Dileo, the Collector of Taxes of the taxing district of TOWNSHIP OF TOMS RIVER in the County of Ocean, who, I am satisfied, is the individual described herein, and who executed the above Certificate of Sale; and I having made known to him the contents thereof, he thereupon acknowledged to me that he signed, sealed and delivered the same as his voluntary act and deed, for the uses and purposes therein expressed.

Prepared By: _Pamela A. Meagher_, PREPARER

_Aimee Quinn_, NOTARY PUBLIC
AIMEE QUINN NOTARY PUBLIC
Commission # 50082262

**NOTE:** NJSA 46:15-3 requires that all signatures appearing on the certificate, those of the collector, the notary public who takes this acknowledgement, and the preparer shall be printed, typed or stamped underneath such signatures along with the name of the person that signed.

DLGS Rev. 10/99

Book18225/Page649