# EXHIBIT "J"

# Comparable Market Analysis

**Property Address:**		**Property			Type:**

**Occupancy:**		**Condition:**


**Negative/ Positive Comments about Subject:**




**Marketability of Subject:** Comment on market conditions and situations that coulld affect the sale of the property (i.e. economic conditions, employment stability etc.).  Describe any negative neighborhood features that would detract from subject (functional and economic obsolescence) and affecting market value (i.e. parks, schools, commercial development, and environmental issues):




**Recommended Marketing Strategy:**




**Is the property listed?**			**What is the list price?**			**Current DOM**

**Listing Agent's Name**			**Listing Agent's Phone**


**PLEASE USE COMPS LESS THAN 6 MONTHS OLD AND WITHIN A 1 MILE RADIUS (IF IMPRACTICAL, EXPAND MONTHS AND DISTANCE).   IF COMPS ARE USED OUTSIDE OF GUIDELINES, PROVIDE JUSTIFICATION. REO COMPS ARE PREFERRED BUT PLEASE DO NOT ELIMINATE CLOSE PROXIMITY FMV OR SS COMPS IF THEY EXIST.**

|  | Subject Property | Sold Comp #1 | Sold Comp #2 | Sold Comp #3 | Listed Comp #1 | Listed Comp #2 | Listed Comp #3 |
|---|---|---|---|---|---|---|---|
| Address |  |  |  |  |  |  |  |
| Style |  |  |  |  |  |  |  |
| Walls |  |  |  |  |  |  |  |
| Square Feet |  |  |  |  |  |  |  |
| Lot Size |  |  |  |  |  |  |  |
| # of Units |  |  |  |  |  |  |  |
| # of Rooms |  |  |  |  |  |  |  |
| # of Bedrooms |  |  |  |  |  |  |  |
| # Bathrooms |  |  |  |  |  |  |  |
| Basement (% fin) |  |  |  |  |  |  |  |
| Garage |  |  |  |  |  |  |  |
| Potential Rent ($) |  |  |  |  |  |  |  |
| Year Built |  |  |  |  |  |  |  |
| Owner |  |  |  |  |  |  |  |
| Finance Type |  |  |  |  |  |  |  |
| Agt/Broker Inspected |  |  |  |  |  |  |  |
| Condition |  |  |  |  |  |  |  |
| Sale Date |  |  |  |  |  |  |  |
| DOM |  |  |  |  |  |  |  |
| Original LP |  |  |  |  |  |  |  |
| Sale Price |  |  |  |  |  |  |  |
| Current List Price |  |  |  |  |  |  |  |

**Sold Comp #1 Comments:**

**Sold Comp #2 Comments:**

**Sold Comp #3 Comments:**

**Listed Comp #1 Comments:**

**Listed Comp #2 Comments:**

**Listed Comp #3 Comments:**

## Neighborhood Data

| | Low $ | High $ | Average $ |
|---|---|---|---|
| **Sales Price in this Subdivision** | | | |
| **Location** | | | |
| **Property Values** | | | |
| **Demand/ Supply** | | | |
| **Growth Rate** | | | |
| **Economy** | | | |
| **Marketing Time** | | | |
| **New Construction** | | | |

## Kondaur's definition of a 30 Day Quick Sale is as follows:

==**"The price at which we could expect to be under contract within the first 30 days and close within 60 days of being on the market."**==

| | | | |
|---|---|---|---|
| As Is Value | $ | Suggested As Is List Price | $ |
| Interior/ Exterior Repaired Value | $ | Suggested Repaired List Price | $ |
| **30 Day Quick Sale Price** | $ | | |

## Agent/ Broker Information

**Name**                          **Phone**
**Email**                         **Date Completed**
**Distance from Agent to Subject Property**