PS Funding\138 Nobility Court - 138 Nobility LLC\Motion for Relief from Automatic Stay - Cert of Service

**CHARTWELL LAW**
John J. Winter, Esquire (JW-043481990)
Robert J. Murtaugh, Esquire (RM-007812001)
970 Rittenhouse Road, Suite 300
Eagleville, PA 19403
Telephone: (610) 666-7700
Attorneys for U.S. Bank Trust National Association,
as Owner Trustee of LH-NP-STRAT Delaware Owner
Trust, a Delaware Statutory Trust

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| **138 NOBILITY LLC,** | : DISTRICT OF NEW JERSEY |
| Debtor. | : Trenton Vicinage |
| | : Chapter 7 Case No. 22-15395-KCF |
| **US BANK TRUST NATIONAL ASSOCIATION, not in its Individual Capacity but Solely as Owner Trustee of LH-NP-STRAT Delaware Owner Trust, a Delaware Statutory Trust,** | : |
| | : Hearing Date: August 23, 2022, 10:00 A.M. |
| Movant, | : Responses Due: August 16, 2022 |
| v. | : Oral Argument Requested if Opposed |
| **138 NOBILITY LLC,** | : |
| Respondent. | : |

## CERTIFICATION OF SERVICE OF
## MOTION, ALTERNATIVELY, FOR ADEQUATE PROTECTION, RELIEF FROM THE AUTOMATIC STAY, TO PROHIBIT OR CONDITION USE OF CASH COLLATERAL, OR DISMISSAL OF CASE, PURSUANT TO 11 U.S.C. §§105(a), 361(2), 362(d)(1), 362(d)(2), 363(a), (c)(2) AND (e), AND 707(a)(1), FILED ON BEHALF OF PS FUNDING, INC. AND U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF LH-NP-STRAT DELAWARE OWNER TRUST, <u>A DELAWARE STATUTORY TRUST</u>

**John J. Winter, Esquire**, hereby certifies as follows:

1. I am a member of the law firm of Chartwell Law, located at 970 Rittenhouse Road, Suite 300, Eagleville, PA 19403.

2. On the 26th day of July, 2022, I caused to be delivered to the Clerk of the United States Bankruptcy Court for the District of New Jersey, Trenton Vicinage, by Electronic Case Filing, true and correct copies of the following documents for filing:

1

    (a) Notice of Motion, Alternatively for Adequate Protection, Relief from the Automatic Stay, to Prohibit or Condition Use of Cash Collateral, or Dismissal of Case, Pursuant to 11 U.S.C. §§105(a), 361(2), 362(d)(1), 362(d)(2), 363(a), (c)(2) and (e), and 707(a)(1);

    (b) Application in Support of Motion, Alternatively for Adequate Protection, Relief from the Automatic Stay, to Prohibit or Condition Use of Cash Collateral, or Dismissal of Case, Pursuant to 11 U.S.C. §§105(a), 361(2), 362(d)(1), 362(d)(2), 363(a), (c)(2) and (e), and 707(a)(1);

    (c) Certification in Support of Motion, Alternatively for Adequate Protection, Relief from the Automatic Stay, to Prohibit or Condition Use of Cash Collateral, or Dismissal of Case, Pursuant to 11 U.S.C. §§105(a), 361(2), 362(d)(1), 362(d)(2), 363(a), (c)(2) and (e), and 707(a)(1);

    (d) Proposed Form of Order Granting Motion, Alternatively for Adequate Protection, Relief from the Automatic Stay, to Prohibit or Condition Use of Cash Collateral, or Dismissal of Case, Pursuant to 11 U.S.C. §§105(a), 361(2), 362(d)(1), 362(d)(2), 363(a), (c)(2) and (e), and 707(a)(1); and

    (e) Certification of Service of Motion, Alternatively for Adequate Protection, Relief from the Automatic Stay, to Prohibit or Condition Use of Cash Collateral, or Dismissal of Case, Pursuant to 11 U.S.C. §§105(a), 361(2), 362(d)(1), 362(d)(2), 363(a), (c)(2) and (e), and 707(a)(1).

    3. On the 26th day of July, 2022, due to their having been filed with the Court by Electronic Case Filing, the foregoing documents also became available for viewing and downloading, and were therefore served upon all e-filers that have entered their appearances in these cases, including without limitation, the following parties:

Office of the United States Trustee
One Newark Center, Suite 2100
Newark, N J 07102

Barry Schwartz, Petitioning Creditor
1072 Madison Ave., Lakewood, NJ 08701

4. In addition, on July 26, 2022, true and correct copies of the foregoing documents were or will have been served by United States First Class Mail, postage prepaid, upon the following:

138 Nobility LLC, 54 Stevens Ave., Jersey City, NJ 07305

138 Nobility LLC, 138 Nobility Ct., Toms River, NJ 08755

Arthur Spitzer, 123 Ave I, Brooklyn, NY 11230

Arthur Spitzer, 2370 Forest Circle, Toms River, NJ 08755

**CHARTWELL LAW**

Dated: July 26, 2022

By: /s/ John J. Winter
    John J. Winter, Esq.  (JW-043481990)
    Robert J. Murtaugh, Esq. (RM-007812001)
970 Rittenhouse Road, Suite 300
Eagleville, PA 19403
Telephone (610) 666-7700 / Fax: (610) 666-7704
E-mail: jwinter@chartwelllaw.com
       rmurtaugh@chartwelllaw.com
*(Attorneys for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee of LH-NP-Strat Delaware Owner Trust, a Delaware statutory trust)*

3